# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:21-cr-19 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| TERRANCE HUNT-BROWN ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 51) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count One of the seven-count Indictment; (2) accept Defendant's guilty plea to Count One of the seven-count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute heroin and fentanyl in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846; and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 51) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count One of the seven-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the seven-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute heroin and fentanyl in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846; and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **March 11, 2022, at 9:00 a.m.**

   **SO ORDERED.**

   /s/ *Travis R. McDonough*
   **TRAVIS R. MCDONOUGH**
   **UNITED STATES DISTRICT JUDGE**